UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIONNE K. THOMPSON,<br><br>                    Plaintiff,<br><br>        -against-<br><br>MORRIS HEIGHTS HEALTH CENTER, INC., et al.,<br><br>                    Defendants. | 21-CV-1886 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 12, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff has consented to electronic service. (ECF 5.)

SO ORDERED.

Dated:   October 12, 2021
         New York, New York

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge